IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES MICHAEL PRASAD,

       Petitioner,                    1:06-CV-0611 ALA HC

      vs.

PEOPLE OF THE STATE OF CALIFORNIA,

       Respondent.               <u>ORDER TO SHOW CAUSE</u>

                               /

On February 28, 2007, Petitioner was ordered to file an amended petition naming the correct Respondent. Petitioner has not complied with the court's order.

Therefore, IT IS HEREBY ORDERED that Petitioner is <u>ordered to show cause within 14 days</u> why this action should not be dismissed for Petitioner's failure to comply with the court's February 28, 2007 order.

/////

DATED: November 20, 2007

                                                <u>/s/ Arthur L. Alarcón</u>
                                                UNITED STATES CIRCUIT  JUDGE
                                                Sitting by Designation