IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES MICHAEL PRASAD,

        Petitioner,                  1:06-CV-0611 ALA HC

     vs.

PEOPLE OF THE STATE OF CALIFORNIA,

        Respondent.              ORDER

_____/

     On February 28, 2007, Petitioner James Prasad was ordered to file an amended petition naming the correct Respondent. On November 20, 2007, Petitioner was ordered to show cause within fourteen days as to why this action should not be dismissed for Petitioner's failure to comply with the court's February 28, 2007, order. Petitioner has not responded.

     Therefore, IT IS HEREBY ORDERED that Petitioner's petition is dismissed.

/////

DATED: December 21, 2007

                                                      /s/ Arthur L. Alarcón
                                                      UNITED STATES CIRCUIT JUDGE
                                                      Sitting by Designation